MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

MICHAEL GRAF, State Bar No. 136172
Law Offices
227 Behrens Street
El Cerrito, CA 94530
(510) 525-7222

Attorneys for Plaintiffs Sierra Forest Legacy, Sierra Club,
and California Native Plant Society

RACHEL M. FAZIO, State Bar No. 187580
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290

E-filing

Attorney for Plaintiff Earth Island Institute

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JCS

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>        Plaintiffs,<br><br>    v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD C. COLE, in his official capacity as Forest Supervisor, Sierra National Forest, United States Forest Service, GAIL KIMBALL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>        Defendants. | Case No:<br><br>**C 07    2646**<br><br>CERTIFICATION OF INTERESTED ENTITIES OR PERSONS |

1    Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the

2  named parties, there is no such interest to report.

3  DATED: May 18, 2007                    Respectfully submitted,

4

5                                         _____

6                                         GEORGE M. TORGUN
                                          MICHAEL R. SHERWOOD
                                          MICHAEL GRAF

7

8                                         Attorneys for Plaintiffs Sierra Forest Legacy, Sierra
                                          Club, and California Native Plant Society

9                                         /s/ Rachel Fazio (as authorized 5/18/07)
                                          RACHEL M. FAZIO

10

11                                        Attorney for Plaintiff Earth Island Institute

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITITES OR PERSONS                              2