MICHAEL R. SHERWOOD, State Bar No. 63702
GEORGE M. TORGUN, State Bar No. 222085
Earthjustice
426 17th Street, 5th Floor
Oakland, CA 94612
(510) 550-6725

MICHAEL GRAF, State Bar No. 136172
Law Offices
227 Behrens Street
El Cerrito, CA 94530
(510) 525-7222

Attorneys for Plaintiffs Sierra Forest Legacy, Sierra Club, and California Native Plant Society

RACHEL M. FAZIO, State Bar No. 187580
John Muir Project
P.O. Box 697
Cedar Ridge, CA 95924
(530) 273-9290

Attorney for Plaintiff Earth Island Institute

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>    Plaintiffs,<br><br>    v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD C. COLE, in his official capacity as Forest Supervisor, Sierra National Forest, United States Forest Service, GAIL KIMBALL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>    Defendants. | Case No: C-07-2646 JCS<br><br>CERTIFICATE OF SERVICE |

1  I am a citizen of the United States of America and a resident of the City and County of San
2  Francisco; I am over the age of 18 years and not a party to the within entitled action; my business
3  address is 426 17th Street, 5th Floor, Oakland, California.
4  I hereby certify that on May 21, 2007, I served by U.S. Certified Mail one true copy of the
5  following:
6  • Summons in a Civil Case;
7  • Complaint for Declaratory and Injunctive Relief;
8  • Certification of Interested Entities or Persons;
9  • Administrative Motion to Consider Whether Cases Should Be Related;
10 • Notice of Assignment of Case to a United States Magistrate Judge for Trial;
11 • Order Setting Initial Case Management Conference and ADR Deadlines;
12 • ECF Registration Information Handout; and
13 • Filing Guidelines handout
14 on the persons listed below:

Bernard Weingardt					Alberto Gonzales
Regional Forester					U.S. Attorney General
Pacific Southwest Region			950 Pennsylvania Avenue, NW
1323 Club Drive						Washington, DC  20530-0001
Vallejo, CA  94592

Edward C. Cole						Scott N. Schools
Forest Supervisor					Interim U.S. Attorney
1600 Tollhouse Road					450 Golden Gate Ave., 11th Floor
Clovis, CA  93611					San Francisco, CA  94102

Gail Kimbell
Chief, USDA Forest Service
1400 Independence Ave., SW
Washington, DC  20250-0003

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 21, 2007 in Oakland, California.

*/s/ John W. Wall*
John W. Wall

CERTIFICATE OF SERVICE -- C-07-2646 JCS                           2