MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:    (303) 844-1475
Facsimile:    (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>        Plaintiffs,<br><br>    v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest, United States Forest Service, ABIGAIL R. KIMBALL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>        Defendants. | Case No. 07-2646 JCS<br><br>**NOTICE OF APPEARANCE** |

1     Defendants hereby give notice of the appearance of Barclay Samford and Cynthia Huber for

2 the Defendants in the above-captioned litigation.

3 Service of all papers by U.S. Mail should be addressed as follows:

4     Barclay Samford
    U.S. Department of Justice
5     Environment & Natural Resources Division
    1961 Stout St., 8th
6     Denver, CO 80294

7     Cynthia Huber
    U.S. Department of Justice
8     Environment & Natural Resources Division
    P.O. Box 663
9     Washington, D.C. 20044-0663

10 Express deliveries (Federal Express, etc.) should be addressed to:

11     Barclay Samford
    U.S. Department of Justice
12     Environment & Natural Resources Division
    1961 Stout St., 8th
13     Denver, CO 80294

14     Cynthia Huber
    U.S. Department of Justice
15     Environment & Natural Resources Division
    601 D. Street, N.W., Room 3530
16     Washington, D.C. 20530-0001

17 Facsimiles may be transmitted to Mr. Samford at (303) 844-1350 and Ms. Huber at (202)305-0506.

18

19
    Dated: May 29, 2007    Respectfully submitted,
20

21                       MATTHEW J. MCKEOWN
                      Acting Assistant Attorney General
22                       Environment & Natural Resources Division

23                        /s/ Barclay T. Samford
                      BARCLAY T. SAMFORD
24                       Trial Attorney
                      Natural Resources Section
25                       Environment & Natural Resources Division
                      U.S. Department of Justice
26

27

28