MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:   (303) 844-1475
Facsimile:    (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>           Plaintiffs,<br><br>     v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest, United States Forest Service, ABIGAIL R. KIMBALL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>           Defendants. | Case No. C 07 2646 JCS<br><br>Notice of Intent to File an Opposition to Plaintiffs' Administrative Motion to Relate Case No. C 07-2446 JCS and Case No. C 05-00397 CRB |

Notice of Intent to File Opp. - C 07-2646 JCS

Plaintiffs have filed an Administrative Motion pursuant to Local Rule 3-12 advising the Court of their belief that Sierra Forest Legacy v. Wiengardt, Case No. C 07-2646 JCS (complaint filed May 18, 2007) is related to Sierra Club v. Bosworth, Case No. C 05-00397 CRB (decided Aug. 25, 2006). Defendants hereby give notice to the parties and the Court that they will file an opposition to Plaintiffs' motion not later than Friday, June 1, 2007.[1]

Dated: May 29, 2007             Respectfully submitted,

MATTHEW J. MCKEOWN
Acting Assistant Attorney General
Environment & Natural Resources Division

 /s/ Barclay T. Samford
BARCLAY T. SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice

---

[1] Defendants believe that under Local Rule 7-11(b) and Fed. R. Civ. P. Rule 6(e), June 1 is the appropriate deadline for filing an opposition, but submit this notice to avoid confusion on this issue.

Notice of Intent to File Opp. - C 07-2646 JCS                                                                    Page 1