UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIERRA FOREST LEGACY, ET AL.,       No. C 07-02646 JCS

    Plaintiff(s),       **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    v.

BERNARD WEINGARDT, ET AL.,

    Defendant(s).

_____ /

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit

Dated: June 11, 2007

_____
Signature

Counsel for Bernard Weingardt, et al.
(Name or party or indicate "pro se")

2