RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:    (303) 844-1475
Facsimile:    (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>Defendants. | CASE NO:  07-2646 SBA<br><br>**RE-NOTICE OF MOTION TO TRANSFER VENUE**<br><br>DATE:    September 11, 2007<br>TIME:    1:00 p.m.<br>JUDGE:   Hon. Saundra Brown Armstrong |

Def.'s Re-Notice of Mot. To Transfer Venue, Case No. 07-cv-2646 SBA

**RE-NOTICE OF MOTION TO TRANSFER VENUE**

TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on September 11, at 1:00 p.m., or as soon thereafter as the matter may be heard, in the Courtroom of Judge Saundra Brown Armstrong of the above-entitled court, located at 1301 Clay Street, 3rd Floor, Oakland, California, Federal Defendants will move this Court, pursuant to 28 U.S.C. § 1404 and Local Civil Rule 3-2(f) to transfer this case to the United States District Court for the Eastern District of California.

This case was originally assigned to Magistrate Judge Joseph Spero and Defendants' Motion to Transfer Venue was noticed for hearing before Judge Spero on July 6, 2007. On June 14, the case was reassigned to Judge Saundra Brown Armstrong. Defendants are re-noticing the motion on Judge Armstrong's calendar.

Respectfully submitted this 21st day of June, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Barclay Samford
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:   (303) 844-1475
Facsimile:   (303) 844-1350

CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

Attorneys for Defendants