RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,

Plaintiffs,

v.

BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,

Defendants.

CASE NO: C 07-2646 SBA

**DEFENDANTS' STATEMENT OF RECENT DECISION**

Pursuant to Civ. L.R. 7-3(d), Defendants hereby give notice of recent authority relevant to their pending motion to transfer venue in the above captioned action. In Center for Biological Diversity and Pacific Environment v. Kempthorne, No. C-07-0894-EDL, slip op. (N.D. CA. July 11, 2007), the Court granted the Government's motion to transfer a case challenging a Fish and Wildlife Service decision from the Northern District of California to the District of Alaska. The Court found transfer appropriate because, *inter alia*, the challenged decision would most effect residents of Alaska, and the interest in having "localized controversies decided at home," outweighed plaintiffs' choice of forum. Id. at *8. In this case, Defendants have argued that transfer to the Eastern District of California is appropriate in part because the land and interests most affected by the Kings River Project are all located in the Eastern District. See Docket No. 19 at 3. A copy of the decision is attached.

Respectfully submitted this 18th day of July, 2007,

RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division

/s/ Barclay Samford
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone: (303) 844-1475
Facsimile: (303) 844-1350

CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663

Attorneys for Defendants