RONALD J. TENPAS
Acting Assistant Attorney General
Environment & Natural Resources Division
CYNTHIA HUBER
Assistant Section Chief
United States Department of Justice
Environment & Natural Resources Division
P.O. Box 663
Washington, DC 20044-0663
BARCLAY SAMFORD
Trial Attorney
Natural Resources Section
Environment & Natural Resources Division
U.S. Department of Justice
1961 Stout Street - 8th Floor
Denver, CO 80294
Telephone:   (303) 844-1475
Facsimile:   (303) 844-1350

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SIERRA FOREST LEGACY, SIERRA CLUB, EARTH ISLAND INSTITUTE, and CALIFORNIA NATIVE PLANT SOCIETY, non-profit organizations,<br><br>Plaintiffs,<br><br>v.<br><br>BERNARD WEINGARDT, in his official capacity as Regional Forester, Region 5, United States Forest Service, EDWARD COLE, in his official capacity as Forest Supervisor, Sierra National Forest United States Forest Service, ABIGAIL R. KIMBELL, in her official capacity as Chief of the United States Forest Service, and UNITED STATES FOREST SERVICE, an agency of the United States Department of Agriculture,<br><br>Defendants. | CASE NO:   C 07-2646 SBA<br><br>**JOINT STIPULATION AND ORDER STAYING DEFENDANTS' ANSWER** |

Joint Stip. to Stay Defs.' Answer, Case No. 07-cv-2646 SBA

1        Plaintiffs and Defendants, by their undersigned attorneys, have conferred and hereby
2 stipulate as follows:
3 1.    Plaintiffs filed this action on May 18, 2007, in the District Court for the Northern District
4 California, and filed an administrative motion seeking a determination of whether this case was
5 related to other cases in the Northern District.  <u>See</u> Docket Nos. 1 & 4.
6 2.    On June 1, 2007, Defendants responded to Plaintiffs' motion to determine whether this
7 case was related to other cases in the Northern District, and filed a motion to transfer venue to the
8 Eastern District of California.  <u>See</u> Docket Nos. 10 & 11.  Defendants' motion to transfer was
9 noticed on the calendar of Magistrate Judge Spero for hearing on July 6, 2007.
10 3.    On June 13, 2007, Plaintiffs declined to proceed before a magistrate judge, and on June
11 14, this case was transferred to the Honorable Saundra Brown Armstrong.  <u>See</u> Docket No. 16.
12 4.    On June 15, 2007, the Court determined this case is not related to other cases.  <u>See</u> Docket
13 No. 18.
14 5.    On June 21, 2007, Defendants re-noticed their motion to transfer on Judge Armstrong's
15 calendar for September 11, 2007.
16 6.    Defendants' answer to Plaintiffs' complaint is due July 23, 2007.
17 7.    The parties agree that continued advancement of this litigation should await resolution of
18 the question of the appropriate venue, and therefore stipulate and propose to the Court that:
19    a.    Defendants shall file an answer within thirty (30) days after the Courts' ruling on
20          the pending motion to transfer venue.
21    b.    Defendants shall file the administrative record[1] for the challenged decision within
22          thirty (30) days of the date the answer is filed.
23 8.    The parties respectfully request that the deadlines established in the existing case
24 management orders be vacated pending resolution of Defendants' motion to transfer venue.  <u>See</u>
25 Docket No. 1 (Order Setting Initial Case Management Conference) and Docket No. 21 (Case

---

[1] This case is one seeking judicial review of an agency decision under the Administrative Procedure Act and will be adjudicated on an administrative record on the parties' cross motions for summary judgment.

Joint Stip. to Stay Defs.' Answer, Case No. 07-cv-2646 SBA                                                          - 1 -

1  Management Scheduling Order For Reassigned Civil Cases).  Should the Court deny Defendants'
2  motion to transfer venue, the parties will confer and, within fourteen (14) days of the Court's
3  order, shall submit a case management report and proposed schedule for resolution of this matter.
4  9.        The Forest Service agrees not to advertise timber sales or implement the on-the-ground
5  activities authorized by the challenged Kings River Project Record of Decision until the Court
6  rules on the pending motion to transfer venue, and will give Plaintiffs thirty (30) days notice
7  before beginning on-the-ground operations.
8          Respectfully submitted this 18th day of July, 2007,

10          RONALD J. TENPAS
            Acting Assistant Attorney General
11          Environment & Natural Resources Division

12          /s/ Barclay Samford
            BARCLAY SAMFORD
13          Trial Attorney
            Natural Resources Section
14          Environment & Natural Resources Division
            U.S. Department of Justice
15          1961 Stout Street - 8th Floor
            Denver, CO 80294
16
            On behalf of Defendants
17

18          /s/ George M. Torgun
            GEORGE M. TORGUN, State Nar No. 222085
19          Earthjustice
            426 17th Street, 5th Floor
20          Oakland, CA 94612

21          On behalf of Plaintiffs

PURSUANT TO STIPULATION, it is ORDERED that:

1. Defendants shall file an answer within thirty (30) days after the Courts' ruling on the pending motion to transfer venue.
2. Defendants shall file the administrative record for the challenged decision within thirty (30) days of the date the answer is filed.
3. The existing case management orders (Docket Nos. 1 & 21) are VACATED.
4. Should the Court deny Defendants' motion to transfer venue, the parties shall confer and, within fourteen (14) days of the Court's order, submit a case management report and proposed schedule for resolution of this matter.

Dated: 7/23/07

*Saundra B Armstrong*
Saundra Brown Armstrong
United States District Judge