**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

SIERRA FOREST LEGACY,                                             No. C 07-2646 SBA

        Plaintiffs,                                              **ORDER**

  v.

BERNARD WEINGARDT, *et al.*,

        Defendants.

---

      The defendants' Motion to Change Venue [Docket Nos. 11, 20], currently scheduled to be heard on September 11, 2007, is reset to October 23, 2007. The Court may, in its discretion, adjudicate the motion without a hearing, in which case the Clerk will notify the parties that no appearance is necessary.

IT IS SO ORDERED.

September 6, 2007                                    _____
                                                      Saundra Brown Armstrong
                                                      United States District Judge