UNITED STATES DISTRICT COURT
Northern District of California
1301 Clay Street
Oakland, California 94612

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530



November 8, 2007

District Clerk,
U.S. District Court, Eastern District of CA
4-200 United States Courthouse
501 I Street
Sacramento, CA 95814-2133

**RECEIVED**

NOV 1 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK



RE: CV 07-02646 SBA  Sierra Forest Legacy-v-Weingardt

Dear Clerk,

  Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

  ☒ Certified copy of docket entries.

  ☒ Certified copy of Transferral Order.

  ☒ Original case file documents.

  ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

  Please acknowledge receipt of the above documents on the attached copy of this letter.

      Sincerely,
      RICHARD W. WIEKING, Clerk

      by: Jessie Mosley
      Case Systems Administrator

Enclosures
Copies to counsel of record

November 8, 2007

Login to the CM/ECF website for the Northern District of California at
**https://ecf.cand.circ9.dcn**. It should be used only by court personnel who have a need to
access relevant case information.

For assistance accessing the website, please call our help desk at 866-638-7829 or e-mail at
ecfhelpdesk@cand.uscourts.gov.